Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York 10022

troutman.com

**MEMO ENDORSED**

**troutman pepper**

**Stephen J. Steinlight**
stephen.steinlight@troutman.com

June 17, 2021

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re:   **Esther Mayer v. Portfolio Recovery Associates, LLC**
      **No. 7:21-cv-04055-KMK**
      **Consent Letter Motion for Adjournment of Initial Conference**

Your Honor:

We represent Defendant Portfolio Recovery Associates, LLC ("PRA") in the above-referenced matter. With Plaintiff's consent, PRA respectfully requests an adjournment of the Telephonic Initial Conference, currently scheduled for June 18, 2021. Pursuant to Your Honor's Individual Rules of Practice, PRA states as follows:

   a. The Telephonic Initial Conference is scheduled for June 18, 2021 at 10:15 a.m.;

   b. This is PRA's first request for an adjournment of the Initial Conference;

   c. Plaintiff consents to PRA's request for an adjournment; and

   d. The undersigned counsel for PRA has a critical family health emergency and will be unable to adequately prepare for, or attend, the initial conference.

For the foregoing reasons, PRA respectfully requests an adjournment of the June 18, 2021 Telephonic Initial Conference. If Your Honor has any questions or concerns regarding this request, please do not hesitate to contact my office.

We thank Your Honor for your time and consideration of this matter.

Respectfully submitted,

/s/ Stephen J. Steinlight

*Granted. The Court will hold the conference on July 8, 2021 at 11:00 AM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

6/17/2021